**FILED**

**APRIL 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1904**

In the Matter of

Teamsters Local Union No. 727 Health and Welfare Fund, et al.,
                        Plaintiffs,
        –v–
Seymour Mandel Funeral Direction, Inc., an Illinois Corp.,        Defendant.

Case Number:

**JUDGE KOCORAS**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

> **TEAMSTERS LOCAL UNION NO. 727**
> **HEALTH AND WELFARE FUND,**
> **TEAMSTERS LOCAL UNION NO. 727**
> **PENSION FUND and TEAMSTERS**
> **LOCAL UNION NO. 727 LEGAL AND**
> **EDUCATIONAL ASSISTANCE FUND**

| |
|---|
| NAME (Type or print)<br>ROBERT B. GREENBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Robert B. Greenberg |
| FIRM<br>ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |
| STREET ADDRESS<br>200 West Jackson Boulevard, Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01047558 | TELEPHONE NUMBER<br>312-263-1500 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐