AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
Plaintiffs
v.

SEYMOUR MANDEL FUNERAL
DIRECTION, INC., an Illinois Corp.,
Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **08 C 1904**

ASSIGNED JUDGE: JUDGE KOCORAS
MAGISTRATE JUDGE NOLAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

SEYMOUR MANDEL FUNERAL DIRECTION, INC., an Illinois Corporation
c/o:   DAVID N. MICHAEL, Registered Agent
       222 North LaSalle Street
       #500
       Chicago, IL 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 3, 2008
-------------------------------
Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 4-3-2008 |
| NAME OF SERVER (PRINT) Montrel Cooley | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Mrs. M. Woodward receptionist to David M. Michael Registered Agent who accepted for him.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-3-2008
Date

x Montrell Cooley
Signature of Server

200 W. JACKSON
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.