# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Teamsters Local Union No. 727 Health and
Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01904

Honorable Charles P.
Kocoras

Seymour Mandel Funeral Direction, Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

MINUTE entry before Judge Charles P. Kocoras:Status hearing held on 5/6/2008.
Status hearing set for 6/10/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.